WILLIAM MCLAUGHLIN, Respondent, *v.* BURNS BROS., Appellant, Impleaded with Another.

Argued October 26, 1938; decided December 6, 1938.

*James I. Cuff, James I. McGuire, Bernard Jenkin* and *A. Harold Frost* for appellant.

*Jacquin Frank* and *Isidore Dollinger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.